# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976−1 | User: admin | Date Created: 01/26/2022 |
| Case: 22−00024−NGH | Form ID: 309A | Total: 47 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Christopher Lee Atkinson | 1315 W Idaho Blvd | Emmett, ID 83617 | |
| jdb | Karen Helen Atkinson | 6000 N Glenwood St | Garden City, ID 83714 | |
| ust | US Trustee | Washington Group Central Plaza | 720 Park Blvd, Ste 220 | Boise, ID 83712 |
| tr | Timothy R. Kurtz | Chapter 7 Trustee | PO Box 956 | Boise, ID 83702 |
| aty | Matthew George Bennett | Foley Freeman, PLLC | 953 S. Industry Way | Meridian, ID 83642 |
| 5237438 | ALLY FINANCIAL | ATTN: BANKRUPTCY | PO BOX 380901 | BLOOMINGTON, MN 55438 |
| 5237440 | ASCENTIUM CAPITAL LLC | PO BOX 301593 | Dallas, TX 75303−1593 | |
| 5237439 | Anesthesia Assoc of Boise | 2537 W State St, Suite 200 | Boise, ID 83702−2200 | |
| 5237441 | BANK OF AMERICA | ATTN: BANKRUPTCY | 4909 SAVARESE CIRCLE | TAMPA, FL 33634 |
| 5237442 | BB T | ATTN: BANKRUPTCY | PO BOX 1847 | WILSON, NC 27894 |
| 5237443 | Blaine Lindley Farms | 2812 W Black Canyon | Emmett, ID 83617 | |
| 5237444 | CAPITAL ONE | ATTN: BANKRUPTCY | PO BOX 30285 | SALT LAKE CITY, UT 84130 |
| 5237446 | CHASE AUTO FINANCE | ATTN: BANKRUPTCY | PO BOX 901076 | FORT WORTH, TX 76101 |
| 5237447 | CHASE CARD SERVICES | ATTN: BANKRUPTCY | PO BOX 15298 | WILMINGTON, DE 19850 |
| 5237449 | CITI/SEARS | CENTRALIZED BANKRUPTCY | PO BOX 790034 | ST LOUIS, MO 63179 |
| 5237451 | COSTCO ANYWHERE VISA CARD | ATTN: BANKRUPTCY | PO BOX 6500 | SIOUX FALLS, SD 57117 |
| 5237445 | Capital One / Cabela's | PO BOX 31293 | Salt Lake City, UT 84131−1293 | |
| 5237448 | Citi Cards CBNA | 5800 S Corporate Pl | Mail Code 234 | Sioux Falls, SD 57108 |
| 5237450 | Commercial Tire | PO BOX 970 | Meridian, ID 83680 | |
| 5237452 | Dave Ochoa | DPO Investments LLC | 1705 W. Washam Road | Eagle, ID 83616 |
| 5237453 | Dr. Jeremy Toomey MD | 3015 E Magic View Dr | Suite 130 | Meridian, ID 83642−3500 |
| 5237454 | FARM CREDIT/AGDIRECT | PO BOX 2409 | OMAHA, NE 68103 | |
| 5237455 | IDAHO CENTRAL CR UN | PO BOX 2469 | POCATELLO, ID 83206 | |
| 5237458 | IRS | Ogden, UT 84201−0039 | | |
| 5237457 | IRS | PO BOX 7346 | Philadelphia, PA 19101−7346 | |
| 5237456 | Idaho State Tax Commission | Bankruptcy Division | PO BOX 36 | Boise, ID 83722 |
| 5237459 | JCMCB Card Services | 301 N Walnut St Floor 09 | Wilmington, DE 19801−3935 | |
| 5237460 | JPMCB Card Services | 301 N Walnut St Floor 09 | Wilmington, DE 19801−3935 | |
| 5237462 | LES SCHWAB TIRE CENTER | ATTN: BANKRUPTCY | PO BOX 5350 | BEND, OR 97708 |
| 5237461 | Landview Inc | PO BOX 475 | Rupert, ID 83350 | |
| 5237466 | MOUNTAIN AMERICA CU | ATTN: BANKRUPTCY | PO BOX 2331 | SANDY, UT 84091 |
| 5237463 | Marilyn Hanses | 106 Berkshire Ln | Pasco, WA 99301 | |
| 5237464 | Marsing Agricultural Labor | 5758 Idaho 78 | Marsing, ID 83639 | |
| 5237465 | Mike Giddeon | The Payette River Building | 209 W 3rd St | Emmett, ID 83617 |
| 5237467 | Mycogen Seed | 9330 Zionsville Rd | Indianapolis, IN 46268−1053 | |
| 5237468 | Northwest Farm Credit Serv | 16034 Equine Dr | Nampa, ID 83687−8490 | |
| 5237470 | SHEFFIELD FINANCIAL | PO BOX 1847 | Wilson, NC 27894 | |
| 5237472 | SYNCB / JC Penneys DC | 4125 Windward Plaza | Alpharetta, GA 30005 | |
| 5237473 | SYNCHRONY BANK | ATTN: BANKRUPTCY | PO BOX 965060 | ORLANDO, FL 32896 |
| 5237474 | SYNCHRONY BANK/LOWES | ATTN: BANKRUPTCY | PO BOX 965060 | ORLANDO, FL 32896 |
| 5237475 | SYNCHRONY BANK/OLD NAVY | ATTN: BANKRUPTCY DEPT | PO BOX 965060 | ORLANDO, FL 32896 |
| 5237469 | Sears / CBNA | PO BOX 6497 | Sioux Falls, SD 57117 | |
| 5237471 | St Luke's Orthopedic Surgery | 1425 W River St | Boise, ID 83702−6861 | |
| 5237477 | US BANK/RMS | ATTN: BANKRUPTCY | PO BOX 5229 | CINCINNATI, OH 45201 |
| 5237476 | United Oil | PO BOX 160 | Caldwell, ID 83606−0160 | |
| 5237478 | Valley Agronomics LLC | PO BOX 365 | Rupert, ID 83350 | |
| 5237479 | WORLD'S FOREMOST BANK | 4800 NW 1ST STREET | SUITE 300 | LINCOLN, NE 68521 |

TOTAL: 47