B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Idaho

In re   Christopher Lee Atkinson & Karen Helen Atkinson

Debtor(s)

Case No. _____

Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................. $ 4,000.00
   Prior to the filing of this statement I have received ............................... $ 4,000.00
   Balance Due ............................................................................................ $ 0.00

2. The source of the compensation paid to me was: **Post 341 Meeting of Creditors billing at hourly rate of $295.00**

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 1/26/2022 | /s/ Matthew G. Bennett |
|---|---|
| Date | Matthew G. Bennett |
| | *Signature of Attorney* |
| | **Foley Freeman, PLLC** |
| | **PO Box 10** |
| | **Meridian, ID 83680** |
| | **(208) 888-9111  Fax: (208) 888-5130** |
| | **abennett@foleyfreeman.com** |
| | *Name of law firm* |