Matthew G. Bennett
FOLEY FREEMAN, PLLC
953 S. Industry Way
P.O. Box 10
Meridian, Idaho 83680
Phone:   208.888.9111
Fax:     208.888.5130
Idaho State Bar No. 9499
E-mail: mbennett@foleyfreeman.com

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>**CHRISTOPHER LEE ATKINSON and KAREN HELEN ATKINSON,**<br><br>Debtor. | Case No. 22-00024-NGH<br><br>Chapter 7<br><br>**OBJECTION TO MOTION TO EXTEND NON-DISCHARGE DEADLINE** |

COMES NOW the Debtors, Chris L. Atkinson and Karen H. Atkinson, by and through their attorney of record, Matthew G. Bennett of Foley Freeman, PLLC, and hereby objects to the Motion to Extend Non-Discharge Deadline (Docket No. 35) filed by creditor Northwest Farm Credit Services, PCA, as follows:

1. An extension of time under Rules 4007(c) and 4004(b)(1) should only be made "for cause."

2. Here, Northwest Farm Credit Services (Northwest FCS) has not demonstrated cause for extending the deadline for filing a complaint to determine the dischargeability of a debt under Rule 4007(c) and 4004(b)(1) of the Federal Rules of Bankruptcy Procedure.

3. A creditor's desire for additional discovery does not necessarily provide cause to support an extension. *In re Leary*, 185 B.R. 405 (Bankr. D. Mass. 1995). A creditor's request to

**OBJECTION TO MOTION TO EXTEND NON-DISCHRGE DEADLINE - 1**

conduct a "fishing expedition" to determine if grounds for non-dischargeability exist is not cause for an extension. *Id.*

4. In this case, the Debtors have cooperated with the Trustee and with creditors at every turn. They attended the first meeting of creditors on February 24, 2022 and answered questions for approximately ten to fifteen minutes. The meeting was then continued to March 24, 2022.

5. At the March 24, 2022 meeting of creditors, the Debtors answered questions for approximately three and a half hours. During the meeting, Northwest FCS made reference to documents that it already has in its possession.

6. As such, Northwest FCS has all the information it needs to determine whether a complaint is warranted. Any additional information it seeks is a "fishing expedition" to determine whether grounds for non-dischargeability exist.

7. Moreover, the debtors have cooperated in providing information that goes beyond the documents they are required to provide under United States bankruptcy law. At every turn, they have demonstrated their willingness to facilitate the process and provide information.

8. Between the two creditor meetings, the Debtors provided documents to the Trustee that were requested during the first meeting.

9. Subsequently, the Debtors provided the Trustee with access to QuickBooks, and they have spent several weeks compiling additional documentation that was requested of them.

10. The Debtors have acted in good faith and have an interest in obtaining the relief the Bankruptcy Code provides on the timeline established in the Bankruptcy Rules.

11. If an extension is warranted, it should be limited to the shortest timeframe possible.

**OBJECTION TO MOTION TO EXTEND NON-DISCHRGE DEADLINE - 2**

WHEREFORE, the Debtors request that the Court deny Northwest FCS's Motion to Extend Non-Discharge deadline. In the alternative, the Debtors request that the extension Northwest FCS seeks be limited to thirty days.

DATED this 18th day of April 2022.

FOLEY FREEMAN, PLLC

/s/Matthew G. Bennett
Matthew G. Bennett
Attorney for Debtors

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of April 2022, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Office of the U.S. Trustee | X | CM/ECF Notice |
| Timothy R. Kurtz | X | CM/ECF Notice |
| Matthew Todd Christensen | X | CM/ECF Notice |
| Sheila Rae Schwager | X | CM/ECF Notice |
| Ally Bank c/o AIS Portfolio Services, LP<br>4515 N. Santa Fe Ave., Dept, APS<br>Oklahoma City, OK 73118 | X | U.S. Mail |

/s/ Matthew G. Bennett
Matthew G. Bennett

**OBJECTION TO MOTION TO EXTEND NON-DISCHRGE DEADLINE - 3**