Matthew G. Bennett
FOLEY FREEMAN, PLLC
953 S. Industry Way
P.O. Box 10
Meridian, Idaho 83680
Phone:   208.888.9111
Fax:     208.888.5130
Idaho State Bar No. 9499
E-mail: mbennett@foleyfreeman.com

**Attorney for Debtors**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In re:<br><br>**CHRISTOPHER LEE ATKINSON and KAREN HELEN ATKINSON,**<br><br>Debtor. | Case No. 22-00024-NGH<br><br>Chapter 7<br><br>NOTICE OF CHANGE OF ADDRESS |
|---|---|

COMES NOW, Debtor, Karen Helen Atkinson, and hereby gives notice of a change of her MAILING address:

**FROM:**

PO Box 140072
Garden City, ID 83714

**TO:**

615 Antelope Way
Caldwell, ID 83607

DATED this 21st day of April 2022.

        FOLEY FREEMAN, PLLC

        /s/Matthew G. Bennett
        Matthew G. Bennett
        Attorney for Debtors

**NOTICE OF CHANGE OF ADDRESS - 1**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of April 2022, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Office of the U.S. Trustee | _X_ | CM/ECF Notice |
| Timothy R. Kurtz | _X_ | CM/ECF Notice |
| Matthew Todd Christensen | _X_ | CM/ECF Notice |
| Sheila Rae Schwager | _X_ | CM/ECF Notice |
| Ally Bank c/o AIS Portfolio Services, LP<br>4515 N. Santa Fe Ave., Dept, APS<br>Oklahoma City, OK 73118 | _X_ | U.S. Mail |

/s/ Matthew G. Bennett
Matthew G. Bennett

**NOTICE OF CHANGE OF ADDRESS - 2**