UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>CHRISTOPHER LEE ATKINSON and<br>KAREN HELEN ATKINSON,<br><br>    Debtors, | Case No. 22-00024-NGH<br><br>Chapter 7 |

### ORDER GRANTING MOTION TO EXTEND NON-DISCHARGE DEADLINE TO NORTHWEST FARM CREDIT SERVICES, PCA

Upon consideration of the Motion to Extend Non-Discharge Deadline filed in this matter on April 6, 2022, by Northwest Farm Credit Services, PCA, ("**Northwest FCS**") [Docket No. 35] ("**Motion**"); the Objection to Motion to Extend Non-Discharge Deadline filed in this matter on April 18, 2022 ("**Objection**") [Docket 39], the oral argument at the hearing held on April 25, 2022, and the record herein, this Court finds good cause that the Motion should be approved:

IT IS HEREBY ORDERED, AND THIS DOES ORDER, that the Court approves the Motion and grants an extension to Northwest FCS, to file an objection to the dischargeability of the Debtors' debts claimed by Northwest FCS pursuant to 11 U.S.C. § 523 and § 727, for a period of approximately ninety (90) days from the original date of discharge of April 25, 2022, up to and including July 22, 2022.    // end of text //

DATED: April 28, 2022

_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

ORDER GRANTING MOTION TO EXTEND NON-DISCHARGE DEADLINE - 1

45300.0043.14714039.2

Submitted by:

/s/ Sheila R. Schwager
Sheila R. Schwager, ISB No. 5059
Hawley Troxell Ennis & Hawley LLP
Attorneys for Northwest Farm Credit Services, PCA

Reviewed by:

/s/ Matthew G. Bennett
Matthew G. Bennett, ISB No. 9499
Foley Freeman, PLLC
Attorneys for Debtors

ORDER GRANTING MOTION TO EXTEND NON-DISCHARGE DEADLINE - 2

45300.0043.14714039.2